EXHIBIT C

https://www.amazon.com/Strength-Vitamin-Gummies-Biotin-Vitamins/dp/B07C24LNS3/ref=sr_1_3_a_it?ie=UTF8&qid=1545953896&sr=8-3&keywords=science+care+gummy+vitamins

Search...

Amazon.com: [Extra Streng...

SEE SOMETHING NEW, EVERY DAY. TAKE A LOOK

amazon Try Prime | All | science care gummy vitamins | Shop Year-End Deals

Deliver to Hollywood 33027 | Your Amazon.com | Year-End Deals | Gift Cards | Whole Foods | Registry | Sell | Help | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness | Medical Supplies & Equipment | Sales & Special Offers | Subscribe & Save | Prime Pantry

prime pantry Free shipping on all Prime Pantry orders over $35

‹ Back to search results for "science care gummy vitamins"

[Extra Strength] Gummy Bear Hair Vitamin Gummies with Biotin, Vitamin A, Vitamin C, Vitamin D, Vitamin E, Vitamins B6/B12 - Berry Flavored Vitamins, Hair Vitamins, Skin & Nails by ScienceCare

57 customer reviews | 4 answered questions

Amazon's Choice for "science care gummy vitamins"

About the product

- EXTRA STRENGTH BEAUTY VITAMINS: Berry-flavored gummy bear hair vitamins designed to taste great, easy to chew gummy vitamins, easy to swallow and created as a fun and easy way to increase your vitamin intake for hair, skin and nails. Sugar bear hair biotin gummies include up 5000mcg of Biotin, 100% MORE than regular strength hair skin nail vitamins.
- HIGH-IMPACT VITAMINS: Active vitamins and minerals include Biotin (5000mcg), Vitamin A (2100IU), Vitamin C (20mg), Vitamin D (400IU) + Vitamin E, Vitamin B6, Vitamin B12, Folic Acid, Pantothenic Acid, Iodine, Zinc

Price: $22.95 ($0.38 / Count) & **FREE Shipping**. Details

In Stock. Sold by Tru Reflections Inc and Fulfilled by Amazon.
Gift-wrap available.

**Want it Saturday, Dec. 29?** Order within 15 hrs 6 mins and choose **Saturday Delivery** at checkout. Details

Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Deliver to Hollywood 33027

Qty: 1 | Turn on 1-click ordering

Add to Cart

Add to List

Share

Metatrition, Exclusively on Amazon

EXHIBIT C